## W. B. Spencer v. The State.

No. 8825.   Decided October 22, 1924.

No motion for rehearing filed.

**Theft—No Statement of Facts nor Bills of Exception.**

No statement of facts nor bills of exception appearing in the record, the cause is affirmed.

Appeal from the Criminal District Court of Travis County. Tried below before the Hon. Geo. E. Hosey, Judge.

Appeal from a conviction of theft; penalty, four years confinement in the State penitentiary.

No brief filed for appellant.

*Tom Garrard,* State's Attorney, and *Grover C. Morris,* Assistant State's Attorney, for the State.

LATTIMORE, JUDGE.—Appellant was convicted in the Criminal District Court of Tarrant County of the offense of theft, and his punishment fixed at four years in the penitentiary.

The record is before us without any statement of facts. Examination of the indictment discloses that it charges in due form the theft of $25,000 in money in Tarrant County, Texas. The charge of the court is without exception and seems in accordance with law. No error appearing in the record, an affirmance will be ordered.

*Affirmed.*